

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-14-00740-CV

Art **REYNA**,
Appellant

v.

Irene **BALDRIDGE** and Kathy Hill,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03985
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellee's brief was originally due on February 2, 2015. On December 17, Appellant received an extension until March 4, 2015 to file his brief. Appellant's counsel has filed a second unopposed motion for extension of time requesting an additional twenty-six days to file his brief. The motion is GRANTED. Appellee's brief is due March 30, 2015. ***Absent extenuating circumstances, no further extensions will be granted.***

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court